UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMSON WESLEY OMWENO, | CASE NO. C09-471-MJP-BAT |
| Petitioner, | |
| v. | **REPORT AND RECOMMENDATION** |
| A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement, | |
| Respondent. | |

On April 7, 2009, petitioner, proceeding pro se, filed a Petition for Writ of Habeas

Corpus pursuant to 28 U.S.C. § 2241, challenging his detention by the U.S. Immigration and

Customs Enforcement ("ICE"). (Dkt. 6). On May 28, 2009, however, respondent filed a Return

and Motion to Dismiss along with documentation, indicating that on May 11, 2009, petitioner

was released under an Order of Supervision and is no longer detained by ICE. (Dkt. 10, Exs.).

Respondent asserts that because petitioner has been accorded all the relief sought in his habeas

petition, his Petition for Writ of Habeas Corpus is now moot and should be dismissed. (Dkt. 10).

For a federal court to have jurisdiction, "an actual controversy must exist at all stages of

the litigation." *Biodiversity Legal Foundation v. Badgley*, 309 F.3d 1166, 1173 (9th Cir. 2002).

"When a controversy no longer exists, the case is moot." *Id*. Because petitioner is no longer

REPORT AND RECOMMENDATION
Page - 1

detained by ICE, the Court finds that petitioner's habeas petition should be dismissed as moot. *See, e.g., Cooney v. Edwards*, 971 F.2d 345, 346 (9th Cir. 1992) (holding that the District Court properly dismissed plaintiff's claims that had become either moot or unripe). Accordingly, I recommend that this action be dismissed. A proposed Order accompanies this Report and Recommendation.

DATED this 11th day of June, 2009.

_____

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION
Page - 2