UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMSON WESLEY OMWENO,

    Petitioner,

v.

A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement,

    Respondent.

Case No. C09-471-MJP

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's Return Memorandum and Motion to Dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus, Dkt. 6, is DENIED, respondent's motion to dismiss, Dkt. 10 is GRANTED, and this action is DISMISSED with prejudice;

(3) The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 13th day of July, 2009.

                                  Marsha J. Pechman
                                United States District Judge